■ ALBERT AQUINO, Respondent, v JEANNE GALTIERI, Appellant, et al., Defendants. [625 NYS2d 941] —Appeals by the defendant Jeanne Galtieri from (1) an order of the Supreme Court, Kings County (Yoswein, J.), dated July 26, 1994, and (2) an order of the same court, also dated July 26, 1994.

Ordered that the orders are affirmed, with one bill of costs, for reasons stated by Justice Yoswein at the Supreme Court. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.

■ ALBERT AQUINO, Respondent, v JEANNE GALTIERI, Appellant, et al., Defendants. [625 NYS2d 941] —Appeal by the defendant Jeanne Galtieri from an order of the Supreme Court, Kings County (Yoswein, J.), dated May 9, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Yoswein at the Supreme Court. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.